**Chester Thomas VANDABLE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 16427.**

United States Court of Appeals
Ninth Circuit.

Aug. 14, 1959.

Silver, Silver & Ettinger, Tucson, Ariz., for appellant.

Jack D. H. Hays, U. S. Atty., Michael. A. Lacagnina, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before MATHEWS, STEPHENS and BAZELON, Circuit Judges.

PER CURIAM.

On April 8, 1958, in the United States District Court for the District of Arizona, appellant, Chester Thomas Vandable, was indicted for violating 18 U.S.C. A. § 1708 by stealing and taking seven letters from and out of a letter box and mail receptacle on the Payson star route in the District of Arizona. Appellant was arraigned, pleaded not guilty, had a jury trial and was found guilty as charged. Thereupon a judgment was entered sentencing. appellant to be imprisoned for four years. This appeal is from that judgment.

Appellant's brief contains no specification of errors. See our Rule 18, subd. 2 (d), 28 U.S.C.A. We find no error.

Judgment affirmed.

Judge BAZELON, did not participate in the decision of this case.

**Irwin GREENE, d/b/a Tigron**
**Distributors**

v.

**William P. KERN, Postmaster, Jersey**
**City, New Jersey, Appellant.**

**No. 12968.**

United States Court of Appeals
Third Circuit.

Argued Aug. 17, 1959.

Decided Aug. 25, 1959.

Charles H. Hoens, Jr., Asst. U. S. Atty., Newark, N. J. (Chester A. Weidenburner, U. S. Atty., Dist. of New Jersey, Stewart G. Pollock, Asst. U. S. Atty., Newark, N. J., on the brief), for appellant.

Milton A. Bass, New York City (Bass & Friend, New York City, on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.

PER CURIAM.

Every substantial issue in this case was dealt with most adequately in the able opinion of Judge Wortendyke, D.C. N.J.1959, 174 F.Supp. 480. We therefore will affirm the judgment of the court below on that opinion.